### STEPHERSON *v.* THE STATE.

BECK, J. The evidence, while conflicting, was sufficient to authorize a verdict of guilty, and the judgment of the court below, refusing a new trial, will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Argued October 18,—Decided November 17, 1909.

Indictment for murder. Before Judge Reagan. Henry superior court. June 28, 1909.

*Brown & Brown,* for plaintiff in error.

*John C. Hart, attorney-general,* and *J. W. Wise, solicitor-general,* contra.